IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION



MARY EMMA WOODS      PLAINTIFF

v.      CIVIL ACTION NO. 5:07CV130DCB-JMR

R.J. REYNOLDS TOBACCO COMPANY, et al.      DEFENDANTS

## ORDER

THIS ACTION is before the Court on the motion *ore tenus* of the defendants to order The Cancer Center of Vicksburg to release and produce to FirmLogic, LLC all radiology, x-rays, CAT scans, MRI films, photographs, and any other radiological, nuclear medicine, or radiation therapy films of or pertaining to Mary Emma Woods in its possession, custody or control for copying. The Court, having considered the motion and noting that attorneys for Mary Emma Woods agree to the relief requested in the motion, find that it is well taken and should be granted.

IT IS THEREFORE ORDERED THAT the Cancer Center of Vicksburg, 2368 Grove Street Vicksburg, MS 39183, shall promptly release and produce to FirmLogic, LLC all radiology, x-rays, CAT scans, MRI films, photographs, and any other radiological, nuclear medicine, or radiation therapy films of or pertaining to Mary Emma Woods in its possession, custody or control for copying. FirmLogic, LLC is hereby ordered to have all such materials promptly copied and returned to the Cancer Center of Vicksburg.

SO ORDERED this the 29th day of July 2008.

         /s/ John M. Roper
         U. S. Magistrate Judge

AGREED:

  /s/ Carroll Rhodes

ATTORNEY FOR PLAINTIFF MARY EMMA WOODS