IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

MARY EMMA WOODS                                                    PLAINTIFF

VS.                            CIVIL ACTION NO. 5:07-cv-130(DCB)(JMR)

R.J. REYNOLDS TOBACCO COMPANY,
BROWN & WILLIAMSON TOBACCO CORPORATION,
AND PHILIP MORRIS USA, INC.                                       DEFENDANTS

## FINAL JUDGMENT

This cause having come before the Court on the defendants R.J. Reynolds Tobacco Company, Brown & Williamson Tobacco Corporation, and Philip Morris USA, Inc.'s motion for summary judgment, and the Court having granted the motion as to all claims in a Memorandum Opinion and Order of even date herewith; accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that judgment is rendered in favor of the defendants, and this action is dismissed with prejudice.

SO ORDERED AND ADJUDGED, this the 18th day of June, 2009.

                                    /s/ David Bramlette
                                    UNITED STATES DISTRICT JUDGE